E-FILED
Monday, 18 September, 2017 04:33:43 PM
Clerk, U.S. District Court, ILCD

FILED
SEP 18 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Anthony Mattix

Plaintiff,

vs

Rock Island County, et al.,

Defendants

NO. 16-CV-4189

### Plaintiff Motion for Summary Judgement Opposition to Defendants

NOW COME THE PLAINTIFF ANTHONY, MATTIX ON HIS OWN BEHALF PRO SE WITH THE HELP FROM A DETAINEE BECAUSE ANTHONY MATTIX IS INEPT AND HAS BEEN receiveing Help with this LAW Suit SINCE DAY ONE BECAUSE ITS BEYOND HIS comprehension. MR. MATTIX PROCEEDS AS FOLLOWING:

### STATEMENT OF FACTS

ON 11/11/2014 PLAINTIFF WAS SHIPPED TO ROCKISLAND COUNTY JAIL FROM COOK COUNTY DAPARTMENT OF CORRECTIONS WITHOUT A COURT ORDER Allegedly Authorizing THE SHERIFF OF Rock Island TO RECEIVE MR. MATTIX IN THEIR COUNTY JAIL. UPON MR. MATTIX ARRIVal at ROCK ISLAND county Jail subjected him to a strip search unduly to writ! WHERE OFFICER J. Bailey of R.I County Jail performed the Strip search after making Mr. Mattix Spread his buttocks repeatedly and smiling in Face cause Mr. Mattix to Feel uncomfortably, violated & Mentally distress. There were other detainees that came From CCDOC with Mr. Mattix that was subjected to the same treatment, two John Does And one by the NAME Of ANTHONY WELLS. MR. Mattix wrote grievances of this incident in both Facilities OF CCDOC and R.I County. INSIDE OF ROCKISLAND COUNTY JAIL MR MATTIX WAS housed Around CCDOC AND FEDERal inmates NOT R.I Detainees AND LEARNED that THE FEDERAL INMATES DO NOT get strip search at All. THE DETAINEE THAT WROTE MR. MATTIX 1983 FORM complaint missunderstood MR. MATTIX WHEN IT CAME DOWN TO WHO GOTTEN STRIPSearch. MR. MATTIX NOT Around ANY R.I County Detainee So HE Would not know what TOOK PLACE with Rock Island detainee YET HE Know FOR SHORE that

THE FEDRAL DETAINEE'S DO NOT EET SEARCH (STRIP SEARCH). Here it should be obvious that its a unwritten rule that Detainees from cook country Jail are to be subject to this treatment and looked upon as a threat more than the FEDRAL Detainees because For one R.I. county Keep CCDOC Any From R.I Detainees that is Fighting State cases not FEDAL when CCDOC Detainees is Fighting State cases as well NOT FEDRAL. As Captain JEFF Fisher stated through his alledge conversation with MR. mattix, after Plaintiff indicated to him that he was worried About Future strip searches. He was told by captain JEFF Fisher that it would not happen as long as he did not put himself in a situation that would require a strip SEARCH BE DONE. Plaintiff wasn't in RockIsland For court, nor was MR. Mattix eligible to be an outside trustee worker or, was he to receive any contact visits while housed at R.I County. MR. MATTIX didn't ask to BE housed IN R.I county, there was no court order to warrant captain JEFF Fisher, to make that statement as if MR. MATTIX would hide weaponbry in his orifices. The Plaintiff was there in R.I county as a illegal detainee voilating the "county Jail Act". From the paper work MR. MATTIX has was marked (Exhibit-A) states the issues From of Grivances with the HELP of other Detainees ARE Mainly marked as NON-GRIVANCES Because CCDOC choose to ADDRESS issues as GRIVANCES OR NONE-GRIVANCES NOT THE Datainees. THE OFFICERS WHO'S NAMED IN THIS LAW SUIT DID show BIAS WHEN it CAME TO Appling R.I county Policy For strip searches because R.I OFFICERS DO NOT strip SEARCH THE FEDRAL Detainees AND MR. Mattix Never received THE NAMES OF ANY OF THE FEDRAL DETAINEES BESIDES THE NAMES OF THE ONE WHO HE'S gotten INTO A FIGHT with. MR. MATTIX WILL like to SUBPEONA All THE FEDERAL DETAINEES THAT WAS ON THE TEIR WITH MR. MATTIX SINCE MR. MATTIX IS NOT ABLE TO HAVE CONTACT WITH THEM AND ONLY R.I county have THEIR NAMES AND INFO.

MR. MATTIX WAS HOUSED WITH FEDRAL DETAINEES, THEY ARE IN TWO DIFFERENT COURT OF LAW, STATE AND FEDERAL HAS DIFFERENT CLASSES WHEN IT COMES TO THE LAW AND SHOULD BE HOUSED SEPREATELY. Ultimately MR. Mattix had Fights with Federal Detainees SEE (Exhibit "B") MR. Mattix was not able to Eat For a week in segregation From injury to his Jaw From the Fight. Plaintiff requested to be treated or, seen by A Doctor the DAY OF His Fight AND THE Days that Followed After the Fight. THE OFFICIALS OF Rock Island whom Plaintiff CANNOT NAME but JOHN, DOE and JOHN DOE THAT WAS Working segregation Stated to Plaintiff "You'll BE OKAY, you ARE From Cook County. OFFICER JOHN DOE's is not ADD IN Plaintiff Original Complaint Caption. Plaintiff do NOT know how to litigate, READ OR WRITE without the Help OF Detainees. WHEN Plaintiff used THE Kiosk he had help, people (DETAINEES) wrote down the things For MR. Mattix to type IN THE Kiosk including His Grievance For him AND MR. Mattix HAD TO Relie ON A Detainee TO Help him write on the Kiosk but no one else was willing to write his grievances For him Any more nor no one told Him about the Appeal process causing MR. Mattix to not be Aware OF ANY APPEAL Because he's not ABLE to Read AND MR. Mattix would not have done it IN 48 hrs! Because no one was willing to Help him with the process After some one helped him the First time. MR. Mattix should have BEEN GIVEN A depositions But the lawyer of R.I County Failed to EVEN DO it OR EVEN Place A call to do it with mr. mattix Plaintiff DID NOTIFY OFFICERS about his safety AND it was Lt. Hernandez that HE notified MR. Lt. HERNANDEZ said HE wasn't going to move me OFF the tier BACK Around CCDOC Detainees. But MR. Mattix was pushing the emergency button until they move him away From the Fedral Detainees But when the move MR. Mattix away From the Fedral Detainers they put him back next to Fedral Detainees and CCDOC Detainees THE Same tier where the First Fight Acured. MR. Mattix Told LT. HERNANDEZ THAT CCDOC shouldn't be

around Fedral Detainees and was ignored, HE Also informed him that they don't get along, and try to push on CCDOC Detainees and to move him from amongst the Fedral Detainees. Later down the weeks the Fedral Detainees got into a fight with Mr. Mattix again then the R.I county seperated the Fedral Detainess from CCDOC Detainees.

Mr. Mattix Did make multible request on the kiosk But only with the Help from Detainees. When Mr. Mattix Asked to be in the GED program so he can learn how to read and write. When he asked to go to law library is Because he is expecting help from a law clerk like CCDOC Provide, you don't have to know how to read and write to get help from the law clerks all you have to do is ask questions.

This is a clear showing of deliberate indifference which resulted in Cruel and unusual Punishment, Asserting Illinois common law intentional infliction of emotional distress causing Mr. Mattix to up grade on his psy meds, Maliciousness tactics was used against Mr. Mattix, Mr. Mattix was in Full Restraints, shackled from ankle to wrist adjacent to a pad lock box and security chain well searched before leaving CCDOC through Medal detecters, Body Scan Mechines no strip searches, R.I county Did not even use a Medal Detecter on Plaintiff and should have if its pretaining to safety of their staff officers and Detainess and need to readjust their searches.

### Conclusion

For the foregoing Reasons the Defendants Motion for Summary Judgement should be denied. Thank u!

Anthony Mattix                                                  Date 9-8-17

*/s/ Anthony Mattix*